UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE B. LOURENCO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, BANK OF AMERICA, N.A., and SANTANDER BANK, N.A.,<br><br>Defendants. | Civil Action No.: 1:15-cv-13274-NMG |

**DEFENDANT SANTANDER BANK, N.A.'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

The defendant, Santander Bank, N.A., certifies pursuant to Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts that its authorized representative has conferred with counsel regarding the following matters:

(a) The establishment of a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| PARKER IBRAHIM & BERG LLC<br>*Attorneys for Defendant,*<br>Santander Bank, N.A.<br><br>/s/ *Jeffrey D. Adams*<br>Jeffrey D. Adams, Esq.<br>One Financial Center, 15th Floor<br>Boston, MA 02111<br>Phone: 617.918.7600<br>Facsimile: 617.918.7878<br>Email: jeffrey.adams@piblaw.com<br><br>Date:  December 10, 2015 | SANTANDER BANK, N.A.,<br><br><br>Lindsey B. Pockers, Esq.<br>Litigation Counsel |